PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 1:CR97-14-001 JJF |
| | ) | |
| Lewis P. Dennis, Jr. | ) | |
| | ) | |
| Defendant. | ) | |

### Petition on Probation and Supervised Release

COMES NOW <u>Nancy A. Klingler</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Lewis Dennis</u>, who was placed on supervision by the Honorable <u>Joseph J. Farnan, Jr.</u>, sitting in the court at <u>Wilmington, DE</u> on the <u>28</u> day of 2000, who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer;

The defendant shall participate in a program of mental health treatment at the direction of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** "The defendant shall not commit another federal, state, or local crime."

<u>Evidence:</u> On August 25, 2005, the defendant was convicted of driving under the influence of alcohol and negligent driving in the District Court of Maryland for Dorchester County.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's conditions of supervised release be modified to include the following: The defendant shall be placed on 60 days of home detention with electronic monitoring, at the defendant's expense, and no alcohol use while under supervision of the United States District Court.

| | |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct, |
| So ordered this _____7_____ day | _____ |
| of __November__ 2005. | Nancy A. Klingler |
| _____ | U.S. Probation Officer |
| U. S. District Judge | Executed on __November 4, 2005__ |
| | Place __Dover, Delaware__ |