Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.

Crim. No. 1:CR9700014-001 (JJF)

Lewis P. Dennis, Jr.

On April 5, 2003 the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Lewis P. Dennis, Jr. be discharged from Supervised Release.

Respectfully submitted,

Nancy Klingler
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ____6____ day of ___March___, 20 07.

Joseph J. Farnan, Jr.
U.S. District Judge

F I L E D

MAR - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE